UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CARL TAYLOR, JR.,**

    Petitioner,

v.                                                   Case No.  5:25-cv-36-TKW-MAF

**STATE OF FLORIDA,**

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 21) and Petitioner's objection (Doc. 22).  The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because the claim raised in Petitioner's §2254 habeas petition is not exhausted and does not raise a federal claim.  The Court also agrees that a certificate of appealability and leave to appeal in forma pauperis should be denied.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Petitioner's §2254 habeas petition is DENIED.

3. A certificate of appealability is DENIED.

4. Leave to appeal in forma pauperis is DENIED.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 1st day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**